UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CORY TERRELL JONES,

                          Plaintiff,

               -against-

NASSAU COUNTY, HEMPSTEAD POLICE
DEPARTMENT, POLICE OFFICER MR.
COUSINS BDG # 1217,

                          Defendants.
-------------------------------------------------------------------X

**Docket No.: 16-cv-1448 (JFB)(GRB)**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2020, an Order of The Honorable A. Kathleen Tomlinson,

dated February 7, 2020, was served in accordance with the Federal Rules of Civil Procedure, and/or

the Eastern District's Local Rules, and/or the Eastern District's Rules upon the following parties

and participants:

      **CORY TERRELL JONES**
      Plaintiff *pro se*
      19000534
      Nassau County Correctional Center
      100 Carmen Avenue
      East Meadow, New York 11554

              BEE READY FISHBEIN HATTER & DONOVAN, LLP

              KAREN FALBO