| | | |
|---|---|---|
| PETER A. BEE* | BEE READY FISHBEIN HATTER & DONOVAN, LLP | SENIOR ASSOCIATE |
| RICHARD P. READY | | |
| PETER M. FISHBEIN | | **STEPHEN L. MARTIR |
| JAMES R. HATTER | | **ANDREW K. PRESTON |
| THOMAS J. DONOVAN † | | DEANNA D. PANICO |
| KENNETH A. GRAY | | |
| DONALD J. FARINACCI | **BRFH&D** | ASSOCIATES |
| WILLIAM C. DeWITT | ATTORNEYS-AT-LAW | |
| MICHAEL P. SIRAVO | | † BRIAN A. SUPER |
| | | PETER OLIVERI, JR. |
| | | RHODA Y. ANDORS |
| OF COUNSEL | | JASON S. GREENFIELD |
| | | |
| EDWARD P. RA | | MAILING/SERVICE ADDRESS |
| ROBERT G. LIPP † | | |
| ROBERT R. McMILLAN  *(Retired)* | | NASSAU COUNTY OFFICE |

\*   ALSO ADMITTED IN FL
\*\*  ALSO ADMITTED IN NJ
†   DECEASED

April 9, 2020

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

> Re:   Cory Terrell Jones v. Nassau County, et al.
> Docket No. 16-cv-1448 (JFB)(GRB)
> Our File No.:  1444-1726

Dear Magistrate Judge Tomlinson,

This office represents Police Officer Cousins in the above-referenced matter. We write to request an adjournment of the April 16, 2020 telephone conference. Upon receipt of Your Honor's April 8, 2020 scheduling order, I contacted the Nassau County Correctional Center to arrange for Plaintiff's production and was advised by Sgt. Stephanie White that the facility is unable to schedule a call at this time. I followed up by speaking with Corrections Captain Michael Golio, who advised that the facility is operating with reduced staff and asked if we could reschedule the call until such time as the facility has additional resources so as to be able to produce inmates for non-emergency matters. I respectfully request the conference be adjourned for approximately 30 days, to a time convenient for the Court. That said, I remain available for the conference on April 16, 2020, should the Court so Order.

I remain thankful for the Court's devotion of time and resources to this matter.

Respectfully submitted,

**BEE READY FISHBEINHATTER & DONOVAN, LLP**

_____/S/_____
By:    Andrew K. Preston, Esq.

*April 9, 2020*
*Page 2*

AKP/mgf
cc:     Cory Terrell Jones
        19000534
        Nassau County Correctional Center
        100 Carmen Avenue
        East Meadow, New York 11554