UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CORY TERRELL JONES,

                      Plaintiff,

           -against-

NASSAU COUNTY, HEMPSTEAD POLICE DEPARTMENT, POLICE OFFICER MR. COUSINS BDG # 1217,

                      Defendants.
-------------------------------------------------------------------X

**Docket No.: 16-cv-1448 (JFB)(GRB)**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2020, correspondence to The Honorable A. Kathleen Tomlinson, dated April 9, 2020, was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules upon the following parties and participants:

    **CORY TERRELL JONES**
    Plaintiff *pro se*
    19000534
    Nassau County Correctional Center
    100 Carmen Avenue
    East Meadow, New York 11554

                                    BEE READY FISHBEIN HATTER & DONOVAN, LLP

                                    _____
                                    MARIA G. FERRI