UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CORY TERRELL JONES,

                Plaintiff,

        -against-

NASSAU COUNTY, HEMPSTEAD POLICE DEPARTMENT, POLICE OFFICER MR. COUSINS BDG # 1217,

                Defendants.
-------------------------------------------------------------------X

Docket No.: 16-cv-1448 (JFB)(GRB)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2020, the Scheduling Order of the Hon. A. Kathleen Tomlinson, dated April 13, 2020, was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules upon the following parties and participants:

    **CORY TERRELL JONES**
    Plaintiff *pro se*
    19000534
    Nassau County Correctional Center
    100 Carmen Avenue
    East Meadow, New York 11554

                        BEE READY FISHBEIN HATTER & DONOVAN, LLP

                        _____
                        MARIA G. FERRI