| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE:   A. KATHLEEN TOMLINSON            DATE:   5-19-2020
          U.S. MAGISTRATE JUDGE            TIME:   10:32 a.m. (17 minutes)

*Jones v. Nassau County, et al.*
CV 16-1448 (PKC) (AKT)

TYPE OF CONFERENCE:          **TELEPHONE STATUS CONFERENCE**

APPEARANCES:   Plaintiff:    Cory Terrell Jones, *Pro Se*

               Defendant:    Andrew Kenneth Preston
                             Michael Siravo

FTR:   10:32-10:49

THE FOLLOWING RULINGS WERE MADE:

1. Defendants' counsel reported today that the pro se plaintiff's deposition did not go forward as scheduled. A representative of the Nassau County Correctional Center advised defendants' counsel that because of the COVID-19 pandemic, the jail would not be scheduling matters such as civil depositions until further notice because of re-directed staff responsibilities. On that basis, I extended the deadline to take plaintiff's deposition to July 31, 2020.

   Pro se plaintiff Jones stated today that he is scheduled to be released from the NCCC this Thursday, May 21, 2020. Defendants would like to take a face-to-face deposition of Mr. Jones. Therefore, I am adhering to the July 31, 2020 deadline to accommodate that request in light of the current COVID-19 restrictions imposed by the governor. Should counsel run into an unanticipated problem with the deadline, he needs to notify the Court promptly.

2. Plaintiff Jones is unsure of his address once he is released from the NCCC. For the time being, he has agreed that mail can be sent to his parents' address at 178 Pine Street, Apt. N, Freeport, New York 11520. The Court remined Mr. Jones that he has an ongoing obligation keep the Court apprised of his location and he is directed to notify the Court immediately upon resolving where he will be living.

3. Defendants are not objecting to the questions in lieu of deposition which the pro se plaintiff served for Police Officer Cousins. Therefore, Defendants' counsel will make arrangements for Officer Cousins to respond to the written interrogatories by June 30, 2020 and counsel shall serve those responses on the pro se plaintiff on or before June 30.

4. I spent some time discussing summary judgment motion practice with the pro se plaintiff this morning and informed him that Judge Chen requires a pre-motion conference before such

    motions can proceed.   Any party in this case who wishes to request a pre-motion conference before Judge Chen must file that letter request to Judge Chen no later than August 21, 2020.

5.    Defendants' counsel is directed to serve a copy of this Order upon the pro se plaintiff forthwith by first-class mail to the address plaintiff provided this morning and to file proof of such service on ECF by May 22, 2020.

**SO ORDERED.**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge