UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CORY TERRELL JONES,

Plaintiff,

-against-

NASSAU COUNTY, HEMPSTEAD POLICE DEPARTMENT, POLICE OFFICER MR. COUSINS BDG # 1217,

Defendants.
-------------------------------------------------------------------X

**Docket No.: 16-cv-1448 (JFB)(GRB)**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, the Order of Judge A. Kathleen Tomlinson for proceedings held on August 10, 2020, was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules upon the following parties and participants:

**CORY TERRELL JONES**
Plaintiff *pro se*
178 Pine Sreet Apt N
Freeport, NY 11520

BEE READY FISHBEIN HATTER & DONOVAN, LLP

______________________________
KIM ANDERSON