PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT
MICHAEL P. SIRAVO

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN *(Retired)*

* ALSO ADMITTED IN FL
** ALSO ADMITTED IN NJ
† DECEASED

BEE READY FISHBEIN HATTER & DONOVAN, LLP

BRFH&D

ATTORNEYS-AT-LAW

SENIOR ASSOCIATE

**STEPHEN L. MARTIR
**ANDREW K. PRESTON
DEANNA D. PANICO

ASSOCIATES

† BRIAN A. SUPER
PETER OLIVERI, JR.
RHODA Y. ANDORS
JASON S. GREENFIELD

MAILING/SERVICE ADDRESS

NASSAU COUNTY OFFICE

August 26, 2020

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

***Re:*** ***Cory Terrell Jones v. Nassau County, et al.***
***Docket No. 16-cv-1448 (JFB)(AKT)***
***Our File No.: 1444-1726***

Dear Magistrate Judge Tomlinson,

This office represents Defendant Police Officer Cousins in the above-referenced matter. I write with Plaintiff's consent to request adjournment of his deposition currently scheduled to be held on September 3, 2020. (DE: 137) I received an executed release agreement from Plaintiff on August 25, 2020 and anticipate a settlement payment will be made shortly. Accordingly, I request the upcoming deposition be adjourned without date and that a control date be set for the filing of a stipulation of discontinuance once the Village of Hempstead has approved of the settlement.

I remain thankful for the Court's attention to this matter.

Respectfully submitted,

**BEE READY FISHBEINHATTER & DONOVAN, LLP**

*/s/*
By: Andrew K. Preston, Esq.

CC:
Cory Terrell Jones
178 Pine Street Apt N
Freeport, NY 11520